WILLIAM DAVIS, Appellant, *v.* RAMIRO
M. GOMEZ, Respondent.

No. 8513

November 10, 1976                              555 P.2d 1228

*Stanley W. Pierce,* Las Vegas, for Appellant.

*Earle W. White, Jr.,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

Appellant contends the trial court erred in finding consideration for modification of a written contract. We disagree.

After reviewing the record, we find substantial evidence supporting that finding and, thus, the judgment is affirmed. J & J Building Contractors, Inc. v. Savage Construction, Inc., 92 Nev. 590, 555 P.2d 488 (1976); Holland Livestock v. B & C Enterprises, 92 Nev. 473, 553 P.2d 950 (1976).

Other issues raised by appellant are without merit and we need not consider them.

Affirmed.